**Charles T. NEUBAUER, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102414**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: November 17, 2015

Erika Renee Eliason, 1000 W. Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for Appellant.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, P.O. Box 899 Jefferson City, MO 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Charles T. Neubauer appeals from the motion court's Findings of Fact and Conclusions of Law denying, following an evidentiary hearing, his amended Rule 24.035 Motion to Vacate, Set Aside, or Correct Judgment and Sentence. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).